IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARRY BOSWELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:11-cv-0821-MEF |
| | ) (WO) |
| BAYROCK MORTGAGE COMPANY, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiffs' objections (Doc. #31) to the Recommendation of the Magistrate Judge filed on February 3, 2012, are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #30) entered on January 19, 2012, is adopted;

3. The defendants' Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED.

4. To the extent Real Time Resolutions moves to dismiss this case pursuant to Ala. R. Civ. P. 12(b)(6), the Motion to Dismiss is DENIED as moot due to the removal of this case from state to federal court.

DONE this the 8th day of February, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE